B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT, District of Eastern Texas - Sherman | PROOF OF CLAIM |
|---|---|

Name of Debtor:    Elizabeth Sparrow           Case Number: 12-42354

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
InSolve Recovery, LLC

**COURT USE ONLY**

Name and address where notices should be sent:
InSolve Recovery, LLC,  c/o Capital Recovery Group, LLC
Dept 3203
PO BOX 123203
DALLAS, TX  75312-3203

Telephone number: 866-870-1717     email:

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
   (*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Same as above

Telephone number:          email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim.  Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**   $22,103.94

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim.  Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Goods Sold/Revolving Credit
   (See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**
7429

**3a. Debtor may have scheduled account as:**
Credit One Financial Solutions - Credit One Financ

**3b. Uniform Claim Identifier (optional):**
_____
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information

**Nature of property or right of setoff:**   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
**Describe:**

**Value of Property:** _____

**Annual Interest Rate** _____ %   ☐ Fixed  or  ☐ Variable
   (when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

**Basis for perfection:** _____

**Amount of Secured Claim:**

**Amount Unsecured:** $22,103.94

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).  If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(___).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.**  The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

Case 12-42354 Doc 21-3 Filed 07/15/13 Entered 07/15/13 20:03:05 Desc Exhibit
Case 12-42354 Claim 3 Filed 11/27/12 Desc Main Document Page 2 of 2
A / Proof of Claim    Page 2 of 2

B 10 (Official Form 10) (12/11)                                                                                                                                 2

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements.   If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached.   *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ☑ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
(See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Nichlas P. Spallas
Title:        Agent for Creditor
Company:     Capital Recovery Group, LLC                    /s/ Nichlas P. Spallas            11/26/2012
Address and telephone number (if different from notice address above):        (Signature)                      (Date)

Telephone number:                    email:

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.