IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**EOD**
09/24/2013

| | | |
|---|---|---|
| IN RE: | § § § | |
| **ELIZABETH SPARROW** | § § § § § § § | **CASE NO. 12-42354** |
| **DEBTOR** | § § | **CHAPTER 13** |

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 3 FILED BY CREDITOR INSOLVE RECOVERY, LLC

**ON THIS DATE**, the Court considered the Debtor's Objection to Proof of Claim No. 3 filed by CREDITOR InSolve Recovery, LLC, on or about November 27, 2012 in the amount of $22,103.94. Debtor filed such objection on July 16, 2013. The Court finds that the objection to claim contains proof sufficient to overcome the presumption of validity imposed by Fed. R. Bankr. P. 3001(f) and was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure. The Court further finds that the objection continued the appropriate twenty (20) day negative notice language, pursuant to Local Bankruptcy Rule 9007, which directed claimant to file a written response within twenty days or the objection to claim would be deemed by the Court to be unopposed. Due to the failure of the Claimant to file a timely written response to the objection, the Court deems the Debtor's claim objection to be unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that Debtor's Objection to the Proof of Claim No. 3 filed by Claimant is **SUSTAINED** and that Claim No. 3 filed by InSolve Recovery, LLC is hereby disallowed.

Signed on 9/24/2013

_Brenda T. Rhoades_ MD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE